UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

REGINALD J. IRWIN, JR.,

    Plaintiff,

vs.                              Case No.: 3:21cv726-MCR-HTC

R.N. KELLY M. KELLY,
A.P.R.N SHEILA ANNETTE MELVIN,
HEALTH SERVICE ADMINISTRATOR K. HALL,
and CENTURION OF FLORIDA, LLC,

    Defendants.
_____/

# **O R D E R**

The magistrate judge issued a Report and Recommendation on February 11, 2022 (ECF No. 46), recommending Defendants' motions to dismiss be denied and Defendants be directed to file an answer within fourteen (14) days of this order. The parties were furnished a copy of the Report and Recommendation and were afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation (ECF No. 46) is

adopted and incorporated by reference in this Order.

2. Defendants' motions to dismiss (ECF Nos. 39, 40, 41, and 42) are DENIED.

3. Within fourteen (14) days from the date of this order, Defendants shall file an answer to Plaintiff's complaint.

4. The matter is referred back to the magistrate judge for further proceedings.

**DONE AND ORDERED** this 22nd day of April 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:21cv726-MCR-HTC