UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

REGINALD J. IRWIN, JR,

    Plaintiff,

v.                                           Case No. 3:21cv726-MCR-HTC

KELLY M. KELLY, et al.,

    Defendants.
_____/

# **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated March 2, 2023 (ECF No. 71). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation (ECF No. 71) is adopted and incorporated by reference in this Order.

2. Defendants' motion for summary judgment (ECF No. 66) is GRANTED.

3. The clerk is directed to enter judgment in favor of Defendants and close the file.

**DONE AND ORDERED** this 15th day of May 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**

Case No. 3:21cv726-MCR-HTC